**Charles and Cynthia WILLING,
Appellants,**

v.

**Mary H. SALMONS and Ronald Prenger, Trustee, William W. Gratz, et al., Respondents.**

**Nos. WD 45330, WD 45479.**

Missouri Court of Appeals,
Western District.

Aug. 4, 1992.

Daniel J. Dodson, Jefferson City, for appellants.

Kent L. Brown, Carson & Coil, Jefferson City, for respondents Salmons and Prenger.

John Landwehr, Cook, Vetter & Doerhoff, Jefferson City, for respondent Gratz.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

### ORDER

PER CURIAM:

Appeal from judgment affirming a foreclosure sale under deed of trust and a judgment for deficiency on the note secured by the deed of trust.

Affirmed.   Rule 84.16(b).